1
2
3
4
5
6
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  CARLOS GALINDO FLORES,              1:10-cv-02363-GSA (HC)

12                                      ORDER TRANSFERRING CASE TO THE
                                        UNITED STATES DISTRICT COURT FOR
13              Petitioner,             THE CENTRAL DISTRICT OF
                                        CALIFORNIA
14  vs.

15  WHITE,

16              Respondent.

17  _____/

18

19        Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28

20  U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

21        The federal venue statute requires that a civil action, other than one based on diversity

22  jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside

23  in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise

24  to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or

25  (3) a judicial district in which any defendant may be found, if there is no district in which the action may

26  otherwise be brought." 28 U.S.C.  §  1391(b).

27        In this case, the petitioner is challenging a conviction from Los Angeles County, which is in the

28  Central District of California.  Therefore, the petition should have been filed in the United States District

                                        -1-

Court for the Central District of California.  In the interest of justice, a federal court may transfer a case filed in the wrong district to the correct district. <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

IT IS SO ORDERED.

Dated: __December 23, 2010__          _____/s/ Gary S. Austin_____
                                        UNITED STATES MAGISTRATE JUDGE